Benjamin MERRELL, #76219, Petitioner,

v.

Warden Ray H. PAGE, and the State of
Oklahoma, Respondents.

No. A–15708.

Court of Criminal Appeals of Oklahoma.

Feb. 25, 1970.

Benjamin Merrell, pro se.

G. T. Blankenship, Atty. Gen., for respondent.

MEMORANDUM OPINION

NIX, Judge.

This is an Original Proceeding in which the petitioner seeks his release from the penitentiary by writ of habeas corpus.

We have examined the petition and do not find facts sufficient to grant the relief prayed for.

Therefore, the writ is denied.

BRETT, P. J., concurs.